# Unclaimed Funds

Entered 6/27/2013 to 6/27/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-18869 -fjb<br>18982143 | JOSE MALINA & MARINELA MALHINHA<br>10 HICKORY CIRCLE<br>SWANSEA, MA 02777-4308<br>02777-4308 | 58.00 | 06/27/2013 |
| 11-21909 -jnf<br>18982139 | GEORGE GUPTILL<br>10 REALTON RD<br>WEST ROXBURY, MA 02132<br>02132 | 635.00 | 06/27/2013 |

**Grand Total: 693.00**